# UNITED STATES DISTRICT COURT
## for the

In Re:   Application of
         Hornbeam Corporation     )
                                  )
Movant:  Panikos Symeou           )    Case No.   1:14mc00424
                                  )
                                  )
                                  )

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

__Panikos Symeou__

Date: __July 23, 2015__

_____
*Attorney's signature*

Bruce S. Marks, Esq - ID 41299
*Printed name and bar number*

Marks & Sokolov, LLC
1835 Market Street, 28th Floor

Philadelphia, PA 19103
*Address*

marks@mslegal.com
*E-mail address*

215.569.8901
*Telephone number*

215.569.8912
*FAX number*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:  APPLICATION OF
HORNBEAM CORPORATION          1:14mc00424

MOVANT:  PANIKOS SYMEOU

## CERTIFICATE OF SERVICE

I, Bruce S. Marks, Esquire, hereby certify that a true and correct copy of the foregoing Appearance of Counsel was filed and served electronically via ECF system of the Court on this 24th day of July, 2015 to counsel of record.

                                                **MARKS & SOKOLOV, LLC**

BY:    */s/ Bruce S. Marks*
           Bruce S. Marks, Esq.
           Marks & Sokolov, LLC
           1835 Market Street, 28th Floor
           Philadelphia, Pennsylvania 19103
           T    215.569.8901
           Email  marks@mslegal.com

Dated: July 24, 2015