# EXHIBIT A

## Addendum A

| Bank | Date Produced by Bank | Unrelated Entities/ Persons | Shulman Entities | Warren Steel | Halliwel | Related Entities/ Persons |
|---|---|---|---|---|---|---|
| Bank of America | 04/09/2015 | 28 | 0 | 142 | 0 | 7 |
| BNP Paribas | 02/18/2015 | 0 | 0 | 0 | 0 | 39 |
| BNYM | 03/12/2015 | 174 | 33 | 11 | 4 | 457 |
| Chase | 02/25/2015 | 21 | 529 | 0 | 0 | 0 |
| Citibank | 02/03/2015 | 4593 | 70 | 159 | 0 | 1021 |
| Commerzbank | 01/30/2015 | 0 | 0 | 0 | 0 | 4 |
| Deutsche Bank | 11/02/2015 | 278 | 36 | 68 | 79 | 3103 |
| HSBC | 02/18/2015 | 1333 | 0 | 36 | 0 | 489 |
| Royal Bank of Scotland | 03/23/2015 | 1467 | 0 | 0 | 0 | 8 |
| Standard chartered | 01/26/2015 | 279 | 16 | 54 | 0 | 359 |
| UBS | 02/02/2015 | 0 | 13 | 0 | 1 | 25 |
| TOTAL | | 8173 | 697 | 470 | 84 | 5512 |