**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE THE APPLICATION OF HORNBEAM
CORPORATON

Civ. No. 14 Misc. 424 (VSB)

REQUEST FOR DISCOVERY PURSUANT
TO 28 USC § 1782

**NOTICE OF MOTION TO INTERVENE AND AMEND THE**
**COURT'S PROTECTIVE ORDER TO PERMIT THE USE OF DISCOVERY**

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, the May

30, 2017 Declaration of David R. Michaeli, the May 30, 2017 Declaration of Brian Doctor QC,

and the exhibits thereto, and upon all of the pleadings and proceedings heretofore had herein,

Vadim Shulman ("**Shulman**"), Bracha Foundation ("**Bracha**") and Hornbeam Corporation

("**Hornbeam**"), by and through counsel, will move this Court on a date and time as may be

designated by the Court, at the United States Courthouse, 40 Foley Square, New York, NY

10007, for an order permitting Mr. Shulman's intervention and to amend the Court's Protective

Order to permit Mr. Shulman to use discovery materials produced in this action in support of

recently initiated foreign proceedings.

New York, New York
May 30, 2017

HOGAN LOVELLS US LLP

By:   /s *David R. Michaeli*
Dennis H. Tracey, III
David R. Michaeli
875 Third Avenue
New York, NY  10022
Telephone:  (212) 918-3000
Facsimile: (212) 918-3100
dennis.tracey@hoganlovells.com
david.michaeli@hoganlovells.com

1

*Attorneys for Hornbeam Corporation, Bracha
Foundation and Vadim Shulman*