

Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022
T +1 212 918 3000
F +1 212 918 3100
www.hoganlovells.com

June 8, 2017

**Via ECF**

The Honorable Judge Vernon S. Broderick
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *In re Application of Hornbeam Corporation – 1:14-mc-00424-P1 – Correction to Applicants' Motion for Intervention and to Amend the Court's Protective Order*

Dear Judge Broderick:

We write on behalf of 28 U.S.C. § 1782 discovery applicants Hornbeam Corporation ("Hornbeam") and proposed intervenor Vadim Shulman ("Shulman") ("Applicants") to bring an error to the Court's attention relating to Applicants' previously submitted motion for Shulman's intervention and to amend the Protective Order (doc. no. 115) (the "Motion"). In the Motion, Applicants incorrectly stated that they were moving on behalf of both Applicants and Bracha Foundation ("Bracha"). Bracha, which is an entity beneficially owned by Shulman, is a party to Hornbeam's related § 1782 action pending before the U.S. District Court in the Northern District of Alabama, but is not a party to this action. Applicants apologize for any confusion caused by this error.

Respectfully submitted,

Dennis H. Tracey, III
David R. Michaeli
Hogan Lovells US LLP
875 Third Avenue
New York, New York 10022
(212) 918-3000

dennis.tracey@hoganlovells.com
david.michaeli@hoganlovells.com

*Attorneys for Hornbeam Corporation*

Cc: Counsel of record

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. Hogan Lovells refers to the international legal practice comprising Hogan Lovells US LLP, Hogan Lovells International LLP, Hogan Lovells Worldwide Group (a Swiss Verein), and their affiliated businesses with offices in: Abu Dhabi Alicante Amsterdam Baltimore Beijing Berlin Boulder Brussels Caracas Chicago Colorado Springs Denver Dubai Dusseldorf Frankfurt Hamburg Hanoi Ho Chi Minh City Hong Kong Houston London Los Angeles Madrid Miami Milan Moscow Munich New York Northern Virginia Paris Philadelphia Prague Rome San Francisco Shanghai Silicon Valley Singapore Tokyo Warsaw Washington DC Associated offices Budapest Jeddah Riyadh Zagreb
\\NY - 004801/000001 - 7672596 v1