

1835 Market Street, 17th Floor
Philadelphia, PA 19103
Tel: +1 (215) 569-8901
Fax: +1 (215) 569-8912
www.Marks-Sokolov.com

PHILADELPHIA | MOSCOW

Tsullivan@mslegal.com

THOMAS C. SULLIVAN, ESQUIRE
ADMITTED IN PENNSYLVANIA,
NEW JERSEY AND D. COLORADO

February 10, 2016

James H. Power, Esq.
**HOLLAND & KNIGHT**
31 West 52nd Street
New York, NY 10019

      Re: *In Re Application of Hornbeam Corp.*, No. 14 Misc. 424, Part 1, S.D.N.Y (VSB)

Dear Mr. Power:

      In accordance with the Amended Protective Order (ECF 71), this confirms that all defined Responsive Material, which is any document or information produced in response to the Subpoenas issued pursuant to the December 24, 2015 Order (ECF 5) (the "Authorizing Order"), including but not limited to any and all responses to subpoenas issued to Bank of America, BNP Paribas, BNY Mellon, Commerzbank, JP Morgan Chase, Citibank, Deutsche Bank, HSBC, Royal Bank of Scotland, Standard Chartered, UBS and Wells Fargo, is pursuant to Authorizing Order ¶1(b), Confidential Information, and restricted and protected in accordance with Authorizing Order ¶4.

      In addition, attached hereto are the subpoena productions of BNY Mellon, Citibank, Deutsche Bank, HSBC, Standard Chartered and UBS with line items designated as "Attorney Eyes Only" marked in yellow, in accordance with Authorizing Order ¶3.

      If you have any questions, please do not hesitate to contact me.

      Sincerely,

      */s/ Thomas C. Sullivan*
      Thomas C. Sullivan
For:  Marks & Sokolov, LLC

Enclosures
cc: Steven Cooper, Esq.
    Bruce S. Marks, Esq.
    Sean Barry, Esq.