

Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022
T  +1 212 918 3000
F  +1 212 918 3100
www.hoganlovells.com

May 30, 2017

**Via ECF**

The Honorable Judge Vernon S. Broderick
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**APPLICATION GRANTED
SO ORDERED**
**VERNON S. BRODERICK
U.S.D.J.** 6/15/2017

Re:   *In re Application of Hornbeam Corporation – 1:14-mc-00424-P1 – Applicant's Unopposed Request to Temporarily File Supporting Foreign Claim Documents Under Seal*

Dear Judge Broderick:

We write on behalf of 28 U.S.C. § 1782 discovery applicants Hornbeam Corporation ("Hornbeam"), Bracha Foundation ("Bracha") and Vadim Shulman ("Shulman") ("Applicants") to respectfully request permission to temporarily file two documents associated with Applicants' accompanying motion for intervention and to amend the Protective Order (the "Motion") under seal.

As set forth more fully in Applicants' Motion and supporting filings, Mr. Shulman has recently filed an action in the English High Court of Justice matching the description provided in the original discovery application and asserting claims against Messrs. Kolomoisky and Bogolyubov for, among other things, breach of their alleged joint venture agreement with Mr. Shulman. Mr. Shulman initiated his English action by filing a Claim Form and Particulars of Claim with the English court. The English court presiding over Mr. Shulman's English action has not yet made Mr. Shulman's claim documents public, but is expected to do so in the near future.

Applicants refer to Mr. Shulman's English Claim Form and Particulars of Claim in their Motion, but as a courtesy to the named defendants and in an abundance of caution, they respectfully seek permission to temporarily file those two documents under seal, until such time as the English court makes those filings available to the public. Counsel for Applicants has conferred with counsel for Intervenor Panikos Symeou – who is not named as a party to Mr. Shulman's English action – and is authorized to represent that Symeou does not oppose this request.

Respectfully submitted,

Dennis H. Tracey, III
David R. Michaeli
Hogan Lovells US LLP
875 Third Avenue

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. Hogan Lovells refers to the international legal practice comprising Hogan Lovells US LLP, Hogan Lovells International LLP, Hogan Lovells Worldwide Group (a Swiss Verein), and their affiliated businesses with offices in: Abu Dhabi Alicante Amsterdam Baltimore Beijing Berlin Boulder Brussels Caracas Chicago Colorado Springs Denver Dubai Dusseldorf Frankfurt Hamburg Hanoi Ho Chi Minh City Hong Kong Houston London Los Angeles Madrid Miami Milan Moscow Munich New York Northern Virginia Paris Philadelphia Prague Rome San Francisco Shanghai Silicon Valley Singapore Tokyo Warsaw Washington DC Associated offices: Budapest Jeddah Riyadh Zagreb
\\NY - 004801/000001 - 7665034 v1

Hon. Judge Vernon S. Broderick — - 2 - — May 30, 2017

New York, New York 10022
(212) 918-3000

dennis.tracey@hoganlovells.com
david.michaeli@hoganlovells.com

*Attorneys for Hornbeam Corporation*

Cc: Counsel of record