

1835 Market Street, 17th Floor
Philadelphia, PA 19103
Tel: +1 (215) 569-8901
marks@mslegal.com
www.Marks-Sokolov.com

July 23, 2020

*Via ECF*
The Honorable Vernon S. Broderick
United States District Judge
40 Foley Square
New York, NY 10007

**Re:** *In Re Application of Hornbeam Corp.***; No. 14 Misc. 424, Part 1, S.D.N.Y (VSB)**

Dear Judge Broderick:

      We write on behalf of Intervenor Panikos Symeou to submit supplemental authority in support of his Letter Motion, ECF 157, to have the Responsive Materials destroyed, and his Opposition, ECF 190, to Hornbeam's Motion to Amend the Second Amended Protective Order ("SAPO"), ECF 187. On July 15, 2020, the United States District Court for the Northern District of Alabama granted Symeou's motion to compel destruction of the §1782 Responsive Materials collected in that action, under the terms of the applicable protective order. *See* July 15, 2020 NDAL Order, **Exh. 1**.

                                                                         Sincerely,

                                                                       */s/ Bruce S. Marks*
                                                                       Marks & Sokolov, LLC