# Related Entities and Persons 11/9/15

## Wires Unrelated to Warren Steel and Halliwel

| NAME | WIRES | AMOUNT | COMMENTS |
|---|---|---|---|
| **Related Entities** | | | |
| 5251 36th Street LLC | 5 | $1,226,027.70 | |
| CC Metal and Alloys LLC | 232 | $19,789,465.54 | |
| Divot Enterprises Limited | 60 | $9,190,624.14 | |
| Felman Production, LLC. | 34 | $2,471,402.99 | |
| *Felman Trading* | 152 | $33,777,912.65 | |
| *Felman Trading Europe AG* | 181 | $51,977,649.23 | |
| Felman Trading, Inc. | 1663 | $802,652,831.54 | |
| Georgian American Alloys, Inc. | 0 | $0.00 | |
| Georgian Manganese, LLC | 1,119 | $185,540,827.90 | |
| GM Georgian Manganese Holdings Ltd. | 0 | $0.00 | |
| Haftseek Investments Ltd. | 88 | $18,783,405.00 | |
| *Joint Company Privat/JSC Privat Intertrading* | 556 | $169,780,652.37 | * |
| Marigold Trust Company Limited | 45 | $135,871,193.86 | |
| Optima Acquisitions, LLC | 22 | $96,309,399.37 | |
| Optima Fixed Income LLC | 38 | $11,521,341.66 | |
| Optima Group LLC | 9 | $192,040,900.53 | |
| Optima Industrial Management, LLC | 0 | $0.00 | |
| Optima International of Miami, Inc. | 208 | $150,868,532.85 | |
| Optima Ventures, LLC | 29 | $174,513,960.18 | |
| *Privat Group* | 0 | $0.00 | |
| *PrivatBank,* | 324 | $180,952,576.34 | |
| Querella Holdings Limited | 7 | $4,158.55 | |
| Vartsikhe 2005, LLC | 11 | $92,555.94 | |
| **Related Persons** | | | |
| Genady Bogolubov, a/k/a Gennadiy Bogolyubov | 153 | $901,983,682.37 | **Personal accounts and transactions** |
| Igor Kolomoisky, a/k/a Igor Kolomoiskiy | 141 | $1,257,235,791.52 | **Personal accounts and transactions** |
| Mordechai Korf, also Motti Korf | 145 | $61,028,834.19 | **Personal accounts and transactions** |
| **TOTAL** | 5,222 | $4,457,613,726.42 | |