# Unrelated Persons 11/09/15

| NAME | ADDRESS | WIRES | AMOUNT | COMMENTS |
|---|---|---|---|---|
| **Optima Group Holdings LLC** | 10 E 53rd St., Fl. 29 New York, NY 10022-5080 | 932 | $305,752,734.12 | Hedge Fund. https://www.optima.com/OurTeam.aspx |
| **Optima Fund Management LLC** | 10 E 53rd St., Fl. 29 New York, NY 10022-5080 | 532 | $101,087,615.91 | Hedge Fund. http://optima.com/ Investment Advisor registered with the SEC.  IARD/CRD Number: 105929 ; SEC No. 801-45464 |
| **CSC Arabia Ltd.** | Riyadh - 11437 P.O. Box 028497 | 735 | $50,733,296.92 | Information Technology. http://www.csc-sa.com/main_pages/about_us.html |
| **CSC Australia Pty. Ltd.** | 12-38 Talavera Rd, Macquarie Park NSW, 2113 Australia | 108 | $19,862,224.88 | Information Technology. http://www.csc.com/au/ds/51298/51310-locations |
| **CSC Japan, LTD** | Sumitomo Fudosan Iidabashi Bldg 7th, Japan | 159 | $538,059.14 | Information Technology. http://www.bloomberg.com/research/stocks/private/snapshot.asp?privcapid=5529224 |
| **CSC Vietnam Company Limited** | 366 Nguyen Trai Street, Ward 8, District 5 Ho Chi Minh City, Vietnam | 368 | $6,261,424.41 | Information Technology. http://www.csc.com/vn_en |
| **CSC Securities (HK) Limited** | Unit 3204-07 32.F Cosco  Tower 183 Queen's Road Central Hong Kong | 73 | $2,078,633.49 | Investment Bank. http://www.bloomberg.com/research/stocks/private/snapshot.asp?privcapid=38836915 |
| **CSC Securities (HK) Limited – No. 2 A.C.** | Unit 3204-07 32.F Cosco  Tower 183 Queen's Road Central Hong Kong | 901 | $58,108,902.06 | Investment Bank. http://www.bloomberg.com/research/stocks/private/snapshot.asp?privcapid=38836915 |
| **CSC Group Limited** | 18 Av B 8 43 Zona 15 Vista Hermosa 1 Guatemala | 232 | $1,921,087.79 | Corporate Security Consultants. http://www.groupcsc.com/ |